UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELIUS LOPES,<br><br>        Plaintiff,<br><br>   v.<br><br>PATRICIA TURNAGE,<br><br>        Defendant. | Case No.  21-cv-04087-SVK<br><br>**ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION** |

On September 14, 2021, Plaintiff Cornelius Lopes ("Plaintiff") appeared for an initial case management conference.  It appears from the face of the Complaint and the two status reports recently filed by Plaintiff (Dkts. 1, 10, 12) that this Court may not have subject matter jurisdiction over this dispute.  Accordingly, Plaintiff is ordered to file a response to this order to show cause why this case should not be dismissed for lack of subject matter jurisdiction by **October 8, 2021.**  Further, this matter is set for an order to show cause hearing on **October 12, 2021 at 10:00 a.m.**

As a pro se litigant, Plaintiff may contact Kevin Knestrick of the Federal Pro Se Program at 408-297-1480 or kknestrick@asianlawalliance.org for assistance.  Additionally, Plaintiff may be eligible to register for e-filing (https://www.cand.uscourts.gov/cases-e-filing/cm-ecf/setting-up-my-account/e-filing-self-registration-instructions-for-pro-se-litigants/).

**SO ORDERED.**

Dated: September 14, 2021

SUSAN VAN KEULEN
United States Magistrate Judge