UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELIUS LOPES,<br><br>        Plaintiff,<br><br>    v.<br><br>PATRICIA TURNAGE,<br><br>        Defendant. | Case No.  3:21-cv-04087-JD<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 22 |

        Magistrate Judge Susan van Keulen filed a report recommending dismissal of this case for lack of subject matter jurisdiction because the complaint alleges only state law claims and all parties are residents of California.  Dkt. No. 22.  Pro se plaintiff Lopes did not file an objection to the report, but instead filed a third amended response to Magistrate Judge van Keulen's order to show cause.  Dkt. No. 25.  Lopes's amended response to the order to show cause appears only to reiterate his third amended complaint, which Magistrate Judge van Keulen has recommended be dismissed.  *Compare* Dkt. No. 25 *with* Dkt. No. 21.  The amended response does not resolve the issues with subject matter jurisdiction, as it repeats the same state law claims against the same parties, all of whom are California residents.  *See* Dkt. No. 25.  Consequently, even if construed generously as an objection, it provides no grounds for overruling the report and recommendation.

        The Court adopts the report and recommendation in full, and the case is dismissed without prejudice for lack of subject matter jurisdiction.  The Clerk's Office is asked to close the case.

        **IT IS SO ORDERED.**

Dated:  November 4, 2021

JAMES DONATO
United States District Judge